1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11

12

13

14

15

| | |
|---|---|
| SHELBY KCS BUSH,<br><br>                    Petitioner,<br><br>        v.<br><br>STATE OF WASHINGTON,<br><br>                    Respondent. | CASE NO. 20-5056 RJB-TLF<br><br>ORDER ADOPTING REPORT AND<br>RECOMMENDATION |

16       This matter comes before the Court on the Report and Recommendation of U.S.

17   Magistrate Judge Theresa L. Fricke (Dkt. 11) and Petitioner's pleading entitled "Reply to Order

18   Denying Motion for Copies of Submissions without prejudice" (Dkt. 13) which the Court should

19   construe as an appeal of a magistrate judge's opinion under Fed. R. Civ. P. 72.  The Court has

20   considered the Report and Recommendation, the Petitioner's objections, the appeal, and the

21   remaining file.

22       **Report and Recommendation**. The Report and Recommendation recommends

23   dismissal, without prejudice, of this habeas corpus petition for failure to exhaust state court

24

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1  remedies and denial of various motions.  Dkt. 11.  The Report and Recommendation also

2  recommends denial of a certificate of appealability.  *Id.*

3      The Report and Recommendation (Dkt. 11) should be adopted.  The Plaintiff's objections

4  do not provide grounds to decline to adopt the Report and Recommendation.  Dkt. 12.  He

5  repeats his prior arguments that he has "vicariously exhausted" his claims and asserts that there

6  is no time bar to raising a constitutional claim.  *Id.* These objections are meritless and are

7  addressed in the Report and Recommendation.

8      **Standard on Appeal of Magistrate Judge's Order.** Fed. R. Civ. P. 72 provides in

9  relevant part as follows:

10     **(a) Nondispositive Matters.** When a pretrial matter not dispositive of a party's claim or
       defense is referred to a magistrate judge to hear and decide, the magistrate judge must
11     promptly conduct the required proceedings and, when appropriate, issue a written order
       stating the decision. A party may serve and file objections to the order within 14 days
12     after being served with a copy. A party may not assign as error a defect in the order not
       timely objected to. The district judge in the case must consider timely objections and
13     modify or set aside any part of the order that is clearly erroneous or is contrary to law.

14     **Appeal of Order Denying Motion for Copies**.  The Magistrate Judge's Order denying

15 the Petitioner's motion for copies (Dkt. 10) should be affirmed.  The Magistrate Judge properly

16 found that the Petitioner failed to point to sufficient grounds to have the motion granted.  Further,

17 the case was filed electronically.  Accordingly, Petitioner is given copies of all the court orders

18 and has his own pleadings.  The order (Dkt. 10) should be affirmed.

19     **Further Pleadings.**  The Petitioner is notified that other than a notice of appeal, further

20 pleadings will be filed in the case, but no action will be taken on them.

21                    **<u>ORDER</u>**

22     Therefore, it is hereby **ORDERED** that:

23     • The Report and Recommendation (Dkt. 11) **IS ADOPTED**;

24

ORDER ADOPTING REPORT AND RECOMMENDATION - 2

- This case **IS DISMISSED WITHOUT PREJUDICE;**

- The certificate of appealability **IS DENIED**;

- Petitioner's appeal of the Magistrate Judge's Order (Dkt. 13) **IS DENIED**;

- The Magistrate Judge's Order denying the Petitioner's motion for copies (Dkt. 10) **IS AFFIRMED**; and

- Other than a notice of appeal, further pleadings from the Petitioner will be filed, but, **NO FURTHER ACTION** will be taken on them.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 26th day of May, 2020.

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 3